UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION, <br><br> THIS DOCUMENT RELATES TO *Anfinson et al. v. FedEx Ground Package System, Inc., et al.* 3:05-cv-00598-RLM-CAN | Case No. 3:05-MD-527 RM (MDL-1700) <br><br> CHIEF JUDGE MILLER <br> MAGISTRATE JUDGE NUECHTERLEIN |

### PLAINTIFFS' MOTION FOR REMAND

Plaintiffs Randy Anfinson, James Geiger, and Steven Hardie, individually and on behalf of all others similarly situated, by and through the undersigned counsel, hereby move to remand this action, pursuant to 28 U.S.C. ¶1447(d), to state court in the State of Washington, in the King County Superior Court. As discussed in detail in the accompanying Plaintiffs' Brief in Support of Motion for Remand, remand is required because diversity jurisdiction, which was the basis of defendants' removal, does not exist, and there is no other basis for federal jurisdiction.

RESPECTFULLY SUBMITTED this **15th** day of **December, 2005**.

SCHROETER, GOLDMARK & BENDER

S/*Martin S. Garfinkel*
MARTIN S. GARFINKEL
WILLIAM RUTZICK
Counsel for Plaintiffs
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:  (206) 682-2305
garfinkel@sgb-law.com

SCHWERIN CAMPBELL BARNARD

S/*Lawrence Schwerin*
LAWRENCE SCHWERIN
DMITRI IGLITZIN
Counsel for Plaintiffs
18 West Mercer Street Suite 400
Seattle WA  98119
Phone:  (206) 285-2828
Fax:  (206) 378-4132
schwerin@workerlaw.com