**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

*Keith Berry, et al. v. FedEx Ground
Package System, Inc.*

**KANSAS AND ERISA PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION**

case 3:05-md-00527-RLM-CAN   document 551   filed 03/12/07   page 2 of 4

case 3:05-md-00527-RLM-CAN   document 551   filed 03/12/07   page 3 of 4

<u>**s/Susan E. Ellingstad**</u>


**PLAINTIFFS' CO-LEAD COUNSEL**


**PLAINTIFFS' LIAISON COUNSEL**