# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| In re FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION | Cause No. 3:05-MD-527-RM (MDL 1700) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Chief Judge Miller Magistrate Judge Nuechterlein |

## PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE DECLARATIONS OF PUTATIVE CLASS MEMBERS SUBMITTED BY DEFENDANT

Pursuant to Rule 37(c) and 23(d) of the Federal Rules of Civil Procedure, Plaintiffs hereby move this Court for an Order to strike or exclude the declarations of purported class members submitted by FXG with its opposition briefs filed on April 27, 2007.

This motion will be based upon all files, records and proceedings herein, and the memorandum of law that will be filed in accordance with the local rules of this district.

Dated:  May 29, 2007                     Respectfully Submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

  s/Susan E. Ellingstad
Susan E. Ellingstad
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Tel:    (612) 339-6900
Fax:    (612) 339-0981

| | |
|---|---|
| Lynn Rossman Faris | Robert I. Harwood |
| LEONARD CARDER, LLP | HARWOOD FEFFER LLP |
| 1330 Broadway, Suite 1450 | 488 Madison Avenue, 8th Floor |
| Oakland, CA  94612 | New York, NY  10022 |
| Tel:  (510) 272-0169 | Tel:  (212) 935-7400 |
| Fax:  (510) 272-0174 | Fax:  (212) 753-3630 |

**PLAINTIFFS' CO-LEAD COUNSEL**

John C. Hamilton
HAMILTON LAW FIRM
300 N. Michigan Street, Suite 454
South Bend, IN 46601
Tel:  (574) 289-9987
Fax:  (574) 289-8138

**PLAINTIFFS' LIAISON COUNSEL**

369874-1                                          2