**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| In re FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION | Cause No. 3:05-MD-527-RM (MDL 1700) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Chief Judge Miller Magistrate Judge Nuechterlein |

**PLAINTIFFS' MOTION TO STRIKE OR EXCLUDE SECOND WAVE DECLARATIONS OF PUTATIVE CLASS MEMBERS SUBMITTED BY DEFENDANT**

Pursuant to Rule 37(c) and 23(d) of the Federal Rules of Civil Procedure, Plaintiffs hereby move this Court for an Order to strike or exclude the declarations of purported class members submitted by FXG with its second wave of opposition briefs filed on May 17, 2007.

This motion is based upon all files, records and proceedings herein, including the Declaration of Patricia Bloodgood, filed herewith, which identifies the second wave declarations. In addition, this motion incorporates by reference Plaintiffs' memorandum of law in support of their motion to strike or exclude the first wave declarations of putative class members submitted by FXG. That memorandum was filed by Plaintiffs on May 29, 2007 (Doc. No. 688).

Dated: June 18, 2007

Respectfully Submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

**s/Susan E. Ellingstad**
Susan E. Ellingstad
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

Lynn Rossman Faris
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA 94612
Tel: (510) 272-0169
Fax: (510) 272-0174

Robert I. Harwood
HARWOOD FEFFER LLP
488 Madison Avenue, 8th Floor
New York, NY 10022
Tel: (212) 935-7400
Fax: (212) 753-3630

**PLAINTIFFS' CO-LEAD COUNSEL**

John C. Hamilton
HAMILTON LAW FIRM
300 N. Michigan Street, Suite 454
South Bend, IN 46601
Tel: (574) 289-9987
Fax: (574) 289-8138

**PLAINTIFFS' LIAISON COUNSEL**