UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re FEDEX GROUND PACKAGE SYSTEM, INC. EMPLOYMENT PRACTICES LITIGATION ) ) ) ) ) | Cause No. 3:05-MD-527-RM (MDL 1700) |
| THIS DOCUMENT RELATES TO: ) ) *ALL ACTIONS* ) ) | |

## MOTION FOR APPROVAL OF CLASS NOTICES

Pursuant to Rule 23(c) of the Federal Rules of Civil Procedure, Plaintiffs hereby move the Court to approve the individual notices of pendency and summary notices for publication in the forms annexed to the accompanying memorandum of law in support of this motion as Exhibits A and B.

Dated: October 31, 2007

                                        Respectfully submitted,

                                        HARWOOD FEFFER LLP

                                        /s/ Robert I. Harwood
                                        Robert I. Harwood  (RH-3287)
                                        488 Madison Avenue, 8th Floor
                                        New York, NY 10022
                                        Tel:   (212) 935-7400

| LEONARD CARDER, LLP | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
|---|---|
| Lynn Rossman Faris | Susan E. Ellingstad |
| 1330 Broadway, Suite 1450 | 100 Washington Avenue South, Suite 2200 |
| Oakland, CA 94612 | Minneapolis, MN 55401 |
| Tel:   (510) 272-0169 | Tel:   (612) 339-6900 |

**PLAINTIFFS' CO-LEAD COUNSEL**