UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ------------------------------------------------------ ) <br> ) <br> In re FEDEX GROUND PACKAGE          ) <br> SYSTEM, INC., EMPLOYMENT           ) <br> PRACTICES LITIGATION                      ) <br> ) <br> ------------------------------------------------------ ) <br> THIS DOCUMENT RELATES TO:       ) <br> ) <br> *Dean Alexander, et al, v. Fed& Ground* ) <br> *Package System, Inc.,*                           ) <br> Civil No. 3:05-cv-00528-RLM-CAN (CA)   ) <br> ------------------------------------------------------ ) | Cause No. 3:05-MD-527-RM <br> (MDL 1700) |

## NOTICE OF MANUAL FILING

The document listed below was sent to the Court on April 24, 2008 for filing under seal in paper form only pursuant to the Protective Order dated January 13, 2006 [Doc. No. 101]. This document will be maintained in the case file in the clerk's office:

**CALIFORNIA PLAINTIFFS' MOTION FOR
SUMMARY ADJUDICATION OF EMPLOYMENT STATUS**

Dated: April 24, 2008                    Respectfully submitted,

LEONARD CARDER, LLP

          /s/ **Lynn Rossman Faris**
Lynn Rossman Faris
1188 Franklin Street, Suite 201
San Francisco, California 94109
Telephone:   (415) 771-6400
Facsimile:   (415) 771-7010

Susan E. Ellingstad                         Robert I. Harwood
LOCKRIDGE GRINDAL NAUEN P.L.L.P.            HARWOOD FEFFER LLP
100 Washington Avenue South, Suite 2200     488 Madison Avenue, 8th Floor
Minneapolis, MN  55401                      New York, NY  10022
Tel:    (612) 339-6900                      Tel:    (212) 935-7400
Fax:    (612) 339-0981                      Fax:    (212) 753-3630

**PLAINTIFFS' CO-LEAD COUNSEL**

| | |
|---|---|
| Susan E. Ellingstad | Robert I. Harwood |
| LOCKRIDGE GRINDAL NAUEN P.L.L.P. | HARWOOD FEFFER LLP |
| 100 Washington Avenue South, Suite 2200 | 488 Madison Avenue, 8th Floor |
| Minneapolis, MN  55401 | New York, NY  10022 |
| Tel:   (612) 339-6900 | Tel:   (212) 935-7400 |
| Fax:  (612) 339-0981 | Fax:  (212) 753-3630 |

**PLAINTIFFS' CO-LEAD COUNSEL**

Peter J. Agostino
ANDERSON, AGOSTINO & KELLER, PC
131 South Taylor Street
South Bend, IN 46601
Tel:   (574) 288-1510
Fax:  (574) 288-1650

**PLAINTIFFS' LIAISON COUNSEL**