UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re FEDEX GROUND PACKAGE SYSTEM, INC. EMPLOYMENT PRACTICES LITIGATION<br>------------------------------------------------<br>THIS DOCUMENT RELATES TO:<br><br>3:07cv478 (*Flores* - Colorado)<br>3:08cv53 (*Fishler* - Utah) | CAUSE NO. 3:05-MD-527 RM<br>(MDL-1700) |

### ORDER

In its July 27, 2009 order, this court granted the Utah plaintiff's motion for class certification (Doc. # 1538) and denied the Colorado plaintiffs' motion for class certification (Doc. # 1537). The court notes that this order also resolved Utah plaintiffs' corrected motion for class certification (Doc. # 1631) and Colorado plaintiffs' corrected motion for class certification (Doc. # 1630). The court therefore directs the Clerk to term these motions.

SO ORDERED.

ENTERED:   August 13, 2009

　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　Chief Judge
　　　　　　　　　United States District Court