**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

---

In re FEDEX GROUND PACKAGE
SYSTEM, INC., EMPLOYMENT
PRACTICES LITIGATION

---

THIS DOCUMENT RELATES TO:
*Scott Ward, et al. v. FedEx Ground Package
System, Inc.*
Civil No. 3:09-cv-00356-RLM-CAN (FL)

---

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 3:05-MD-527-RM
(MDL 1700)


CHIEF JUDGE MILLER

---

**DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S MOTION TO DISMISS
PLAINTIFFS WARD, ET AL.'S (*FL*) SECOND AMENDED COMPLAINT
UNDER FED. R. CIV. PRO. 12(b)(6)**

---

Defendant FedEx Ground Package System, Inc. ("FedEx Ground"), by and through its

undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves

this Court for an order dismissing the above-captioned action in its entirety, with prejudice, for

failure to state a claim on which relief can be granted.  The grounds for FedEx Ground's motion

are set forth in the accompanying Memorandum of Law.

2

Dated: August 21, 2009                    Respectfully submitted,


By:  /s/Chris A. Hollinger
Chris A. Hollinger

Thomas J. Brunner                          Robert M. Schwartz
Alison G. Fox                              Chris A. Hollinger
BAKER & DANIELS LLP                        O'MELVENY & MYERS LLP
202 S. Michigan St.                        1999 Avenue of the Stars, Suite 700
South Bend, IN 46601                       Los Angeles, CA 90067-6035
Tel:  (574) 234-4149                       Tel: (310) 553-6700
Fax:  (574) 239-1900                       Fax: (310) 246-6779

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 21st day of August, 2009, the foregoing was filed with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>       Susan E. Ellingstad
>       sellingstad@locklaw.com
>
>       Robert I. Harwood
>       rharwood@whesq.com
>
>       Lynn R. Faris
>       lfaris@leonardcarder.com
>
>       Beth A. Ross
>       bross@leonardcarder.com
>
>       Peter J. Agostino
>       agostino@aaklaw.com

The undersigned further certifies that a copy of the foregoing was sent via U.S. Mail to:

>       Cathleen Ann Scott
>       250 South Central Boulevard
>       Jupiter Gardens Suite 104
>       Jupiter, FL 33458

By: /s/Chris A. Hollinger

3