UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ------------------------------------------------ )<br>)<br>In re FEDEX GROUND PACKAGE )<br>SYSTEM, INC., EMPLOYMENT )<br>PRACTICES LITIGATION )<br>)<br>------------------------------------------------ )<br>THIS DOCUMENT RELATES TO: )<br>)<br>*Attilio Catanese, et al. v. FedEx Ground* )<br>*Package System, Inc.*, )<br>Civil No. 3:07-cv-00324-RLM-CAN (LA) )<br>------------------------------------------------ ) | Cause No. 3:05-MD-527-RM<br>(MDL 1700) |

## CATANESE PLAINTIFFS' MOTION FOR SUMMARY ADJUDICATION

Plaintiffs Attilio Catanese, Sean Dunmire, Steve Hatton, Kevin Hiscox, Russell Jackson, Tim Ketterhagen, Adelbert Lawrence, Kenneth Miner, Ernest Neal III, Andy Parker, Jeff Smith, Carl Veal, Michael Vosbein, and Michael Wise move this Court for an Order pursuant to Federal Rule of Civil Procedure 56, seeking summary adjudication that they were employees of Defendant FedEx Ground Package System, Inc., and are entitled to overtime compensation under the Fair Labor Standards Act ("FLSA").

In support of this motion, Plaintiffs refer the Court to Catanese Plaintiffs' Memorandum of Law in Support of Summary Adjudication, Catanese Plaintiffs' Supplemental Statement of Undisputed Facts, the Declaration of Susan E. Ellingstad and exhibits attached thereto, Catanese Plaintiffs' Memorandum of Law in Support of Motion to Amend Class Certification Order Pursuant to Rule 23(c) (1) (c), and all prior pleadings, Orders, and proceedings herein.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion and enter an Order granting summary adjudication.

412412.1

Dated: October 30, 2009    Respectfully submitted,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.


   s/Susan E. Ellingstad
Susan E. Ellingstad
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Tel:  (612) 339-6900
Fax:  (612) 339-0981
Email: seellingstad@locklaw.com

| | |
|---|---|
| Lynn Rossman Faris | Robert I. Harwood |
| Eleanor Morton | HARWOOD FEFFER LLP |
| LEONARD CARDER, LLP | 488 Madison Avenue, 8th Floor |
| 1330 Broadway, Suite 1450 | New York, NY  10022 |
| Oakland, CA  94612 | Tel:  (212) 935-7400 |
| Tel:  (510) 272-0169 | Fax:  (212) 753-3630 |
| Fax:  (510) 272-0174 | Email: rharwood@hfesq.com |
| Email: lfaris@leonardcarder.com | |
|            emorton@leonardcarder.com | |

**PLAINTIFFS' CO-LEAD COUNSEL**

| | |
|---|---|
| Shannon Liss-Riordan | Robert E. DeRose |
| Harold L. Lichten | Robert K. Handelman |
| PYLE ROME, LICHTEN, EHRENBERG | BARKAN NEFF HANDLEMAN |
|   & LISS-RIORDAN |   MEIZLISH, LLP |
| 18 Tremont Street, 5th Floor | 360 South Grant Avenue |
| Boston, MA  02108 | P.O. Box 1989 |
| Tel:  (617) 367-7200 | Columbus, OH  43216-1989 |
| Fax:  (617) 367-4820 | Tel:  (614) 221-4221 |
| Email: sliss@prle.com | Fax:  (614) 744-2300 |
|            hlichten@prle.com | Email: bderose@bnhmlaw.com |
| |            rhandelman@bnhmlaw.com |

412412.1

| | |
|---|---|
| George A. Barton<br>Phyllis Norman<br>LAW OFFICES OF<br>  GEORGE A. BARTON, PC<br>800 West 47th Street<br>Suite 700<br>Kansas City, MO  64112<br>Tel:    (816) 300-6250<br>Fax:   (816) 300-6259<br>Email: gbarton@birch.net<br>         bartonlaw3@birch.net | Peter Winebrake<br>THE WINEBRAKE LAW OFFICES<br>Twining Office Center, Suite 114<br>715 Twining Road<br>Dresher, PA  19025<br>Tel:    (215) 884-2491<br>Fax:   (215) 884-2492<br>Email: pwinebrake@winebrakelaw.com |
| Salvatore G. Gangemi<br>GANGEMI LAW FIRM, P.C.<br>82 Wall Street, Suite 300<br>New York, NY  10005<br>Tel:    (212) 425-0630<br>Fax:   (212) 425-1421<br>Email: sgangemi@gangemilaw.com | Michael Watton<br>Victoria Kies Garoukian<br>WATTON LAW GROUP<br>225 East Michigan Street<br>Suite 550<br>Milwaukee, WI  53202<br>Tel:    (414) 273-6858<br>Fax:   (414) 273-6894<br>Email: mwatton@wattongroup.com<br>         vgaroukian@wi.rr.com |
| Jerald R. Cureton<br>Anthony L. Marchetti, Jr.<br>CURETON CLARK, P.C.<br>3000 Midlantic Drive<br>Suite 200<br>Mt. Laurel, NJ 08054<br>Tel:    (856) 824-1001<br>Fax:   (856) 824-1008<br>Email: jcureton@curetonclark.com<br>         amarchetti@curetonclark.com | Clayton D. Halunen<br>Charles Firth<br>HALUNEN & ASSOCIATES<br>1650 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>Tel:    (612) 605-4098<br>Fax:   (612) 605-4099<br>Email: halunen@halunenlaw.com<br>         firth@halunenlaw.com |
| Tina L. Morin<br>MORIN LAW FIRM, PLLC<br>125 West Granite Street, Suite 212<br>Butte, MT  59701<br>Tel:    (406) 723-5300<br>Fax:   (406) 723-5302<br>Email: tinamorin@miningcitylaw.com | |

***CATANESE* PLAINTIFFS' COUNSEL**

412412.1

Peter J. Agostino
ANDERSON, AGOSTINO & KELLER, PC
131 South Taylor Street
South Bend, IN  46601
Tel:  (574) 288-1510
Fax:  (574) 288-1650
Email: agostino@aaklaw.com

**PLAINTIFFS' LIAISON COUNSEL**

412412.1