UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re FEDEX GROUND PACKAGE SYSTEM, INC. EMPLOYMENT PRACTICES LITIGATION | ) ) ) ) | CAUSE NO. 3:05-MD-527 RM (MDL-1700) |
| THIS DOCUMENT RELATES TO: | ) ) | |
| *Richard H. Somers, II v. FedEx Ground Package System, Inc.,* | ) ) ) | |
| Cause No. 3:08-CV-575 RM (MA) | ) ) | |

## ORDER

The court GRANTS the plaintiff's unopposed motion to amend complaint to replace the lead plaintiff, Richard Somers, with another plaintiff, Dal Urbank (doc. # 1999). The plaintiff may serve and file the first amended complaint attached to the motion to amend complaint in this matter within ten days after this order.

SO ORDERED.

ENTERED:   February 17, 2010

/s/ Robert L. Miller, Jr.
Judge
United States District Court