THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION <br> ─────────────────────────── <br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | Cause No. 3:05-MD-527 RM <br> (MDL-1700) |

## AMENDED ORDER

The court issues this order to clarify its April 21, 2010 order on collateral estoppel (doc. # 2029). On page 21, the first sentence of the first paragraph is amended to read: "When the changed circumstances are **material**, collateral estoppel won't apply. Ramallo Bros. Printing, Inc. v. El Dia, Inc., 490 F.3d 86, 90 (1st Cir. 2007)." (emphasis added). This clarification does not affect the court's analysis or ruling.

SO ORDERED.

ENTERED:   May 18, 2010

　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　Judge
　　　　　　　　　　　　United States District Court