**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| ------------------------------------------------------ ) <br> ) <br> In re FEDEX GROUND PACKAGE            ) <br> SYSTEM, INC., EMPLOYMENT            ) <br> PRACTICES LITIGATION                      ) <br> ) <br> ------------------------------------------------------ ) <br> THIS DOCUMENT RELATES TO:       ) <br> ) <br> *Carlene Craig, et al. v. FedEx Ground*  ) <br> *Package System, Inc.*,                           ) <br> Civil No. 3:05-cv-00531-RLM-CAN (KS)  ) <br> ------------------------------------------------------ ) | Cause No. 3:05-MD-527-RM <br> (MDL 1700) |

**DOCKETING STATEMENT (Circuit Rule 3)**

Notice is hereby given that Plaintiffs Carlene M. Craig, Leo Rittenhouse, Jeff Bramlage, Lawrence Liable, Kent Whistler, Mike Moore, Keith Berry, Mathew Cook, Heidi Law, Sylvia O'Brien, Neal Bergkamp, Neal Bergkamp, Ronald Perry, and Alan Pacheco, on behalf of themselves and the class they represent, provide the following docketing statement with respect to their appeal:

**Jurisdictional Statement:** Federal jurisdiction over the Plaintiffs' Fourth Amended Complaint, filed on December 1, 2006, in the District Court was based on diversity jurisdiction under 28 U.S.C. §1332 (Named Plaintiffs are residents of Kansas, Wisconsin and Massachusetts and Defendant FedEx Ground is a Delaware corporation with its principal place of business in Pennsylvania while the Defendant benefit plans have their principal places of business in Pennsylvania and Tennessee), federal question jurisdiction under 28 U.S.C. §1331 (claims under ERISA, 29 U.S.C. §1132 and Declaratory Judgment Act, 28 U.S.C.§2201) and supplemental

1

jurisdiction over Kansas Wage Payment Act and Kansas common law claims under 28 U.S. C. §1367(a).  FedEx Ground Package System, Inc. is a Delaware corporation with its principal place of business in Pittsburgh, Pennsylvania.

**Appellate Jurisdiction:**  Plaintiffs file their Notice of Appeal simultaneously herein, and appeal from the Court's Opinion and Order granting summary judgment to Defendant, entered in this action on August 11, 2010, as well as the court's prior orders dismissing or denying relief sought by Plaintiffs.  Because the August 11, 2010 Order finally adjudicates all of the remaining claims in the case with respect to all of the parties, Plaintiffs submit it is an appealable final order, entitling Plaintiffs to file a notice of appeal as to the case as a whole.

**Related Case:**  *In Re: FedEx Ground Package System, Incorporated, Employment Practices Litigation,* No. 07-8034.

Dated:  September 9, 2010                                  Respectfully Submitted,
                                                           LEONARD CARDER, LLP


                                                                   /s/ **Lynn Rossman Faris**                        .
                                                           Lynn Rossman Faris
                                                           1330 Broadway, Suite 1450
                                                           Oakland, California 94612
                                                           Tel: (510) 272-0169
                                                           Fax: (510) 272-0174


Susan E. Ellingstad                            Robert I. Harwood
LOCKRIDGE GRINDAL NAUEN P.L.L.P.               HARWOOD FEFFER LLP
100 Washington Avenue South, Suite 2200        488 Madison Avenue, 8th Floor
Minneapolis, MN  55401                         New York, NY  10022
Tel:    (612) 339-6900                         Tel:    (212) 935-7400
Fax:    (612) 339-0981                         Fax:    (212) 753-3630

**PLAINTIFFS' CO-LEAD COUNSEL**

Peter J. Agostino
ANDERSON, AGOSTINO & KELLER, PC
131 South Taylor Street
South Bend, IN 46601
Tel:   (574) 288-1510
Fax:   (574) 288-1650

**PLAINTIFFS' LIAISON COUNSEL**

George Barton
LAW OFFICES OF GEORGE A. BARTON P.C.
4435 Main Street, Suite 920
One Main Plaza
Kansas City, MO 64111
Tel:   (816) 300-6250
Fax:   (816) 300-6259

**KANSAS PLAINTIFFS' COUNSEL**