JAMS
Ref. No.: 1390000668

In re FEDEX GROUND PACKAGE ) Cause Nos. 3:05- MD- 527
SYSTEM, INC., EMPLOYMENT ) 3:05-CV-530
PRACTICES LITIGATION - II )

ORDER OF SPECIAL MASTER

The Special Master and counsel held a telephone conference on June 18, 2019. George Barton, Robert Harwood, Beth Ross, Susan Ellingstad, and Olena Savytska participated in the call.

After discussion, the participants agreed as follows:

1. This matter will be heard and considered on July 18, 2019, at the JAMS Office in Minneapolis, Minnesota.

2. Counsel and the Special Master will attempt to resolve this matter by agreement on that date, between 9:00 am and 12:15 pm. If the matter has not been resolved, the Special Master will conduct a hearing on the matters at issue, between 1:00 and 5:00 pm.

If the parties wish to have the hearing taken "on the record," they are to supply a court reporter for the hearing at their own cost.

3. The Special Master is in possession of the individual law firm's pleadings touching the present dispute. If the parties wish to supplement these pleadings – and they are under no obligation to do so – they are to submit their further pleadings, not to exceed 10 pages in length, on or before July 1, 2019. If any party wishes to submit a reply pleading – and again, they are under no obligation to do so – they are to file their reply, not to exceed 5 pages in length, on or before July 8, 2019.

4. If any party intends to proffer witness testimony, if the contested hearing is required, that party is directed to disclose the names and addresses of any such witness on or before July 8, 2019.

It is so directed, this 21st day of June, 2019.

s/ James M. Rosenbaum

Hon. James M. Rosenbaum, Special Master

# SERVICE LIST

| | |
|---|---|
| **Case Name:** In Re: FedEx Ground Package System, Inc. Employment Practices | **Hear Type:** Court Reference |
| **Reference #:** 1390000668 | **Case Type:** Employment |
| **Panelist:** Rosenbaum, James M., | |

### Lockridge Grindal Nauen PLLP

Susan E. Ellingstad  
100 Washington Ave. South  
Suite 2200  
Minneapolis, MN 55401-2159  
seellingstad@locklaw.com

Plaintiff  
Phone: 612-339-6900  
Fax: 612-339-0981

**Party Represented:**  
Cooke  
Craig  
Humphreys  
White  
Whiteside

### Leonard Carder, LLP

Beth Ross  
1330 Broadway  
Suite 1450  
Oakland, CA 94612  
bross@leonardcarder.com

Plaintiff  
Phone: 510-272-0169  
Fax: 510-272-0174

**Party Represented:**  
Cooke  
Craig  
Humphreys  
White  
Whiteside

### Harwood Feffer

Robert I. Harwood  
488 Madison Ave.  
8th Floor  
New York, NY 10022  
rharwood@hfesq.com

Plaintiff  
Phone: 212-935-7400  
Fax: 212-753-3630

**Party Represented:**  
Booke  
Craig  
Humphreys  
White  
Whiteside

### O'Melveny & Myers LLP

Laura E. Robinson  
1999 Avenue of the Stars  
8th Floor  
Los Angeles, CA 90067-6035  
lrobinson@omm.com

Plaintiff  
Phone: 310-553-6700  
Fax: 310-246-6779

**Party Represented:**  
Cooke  
Craig  
Humphreys  
White  
Whiteside

### Frieden & Forbes

Randall J. Forbes  
555 South Kansas Ave.  
Suite 303  
Topeka, KS 66601  
wainner@friedenforbes.com

Defendant  
Phone: 785-232-7266  
Fax: 785-232-5841

**Party Represented:**  
FedEx Ground Package System, Inc.

### Lichten & Liss-Riordan, P.C.

Shannon Liss-Riordan  
729 Boylston St.  
Suite 2000  
Boston, MA 02116  
sliss@llrlaw.com  
Assistant's Email: kmccarty@llrlaw.com

Plaintiff  
Phone: 617-994-5800  
Fax: 617-994-5801

**Party Represented:**  
Cooke  
Craig  
Humphreys  
White  
Whiteside

Olena Savytska
729 Boylston St.
Suite 2000
Boston, MA  02116
OSavytska@llrlaw.com

Plaintiff
Phone: 617-994-5800
Fax: 617-994-5801

**Party Represented:**
Cooke
Craig
Humphreys
White
Whiteside

## L/O George A. Barton, PC

Stacy Burrows
7227 Metcalf Ave.
Suite 301
Overland Park, KS  66204
stacy@georgebartonlaw.com

Defendant
Phone: 913-563-6250
Fax: 913-563-6259

**Party Represented:**
FedEx Ground Package System, Inc.

George A. Barton
7227 Metcalf Ave.
Suite 301
Overland Park, KS  66204
gab@georgebartonlaw.com

Defendant
Phone: 913-563-6250
Fax: 913-563-6259

**Party Represented:**
FedEx Ground Package System, Inc.

## Anderson Agostino & Keller P.C.

Peter J. Agostino
131 S. Taylor St.
South Bend, IN  46601
agostino@aaklaw.com

Co-Counsel
Phone: 574-288-1510

6/21/2019

*Page 2 of 2*

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: In Re: FedEx Ground Package System, Inc. Employment Practices
Reference No. 1390000668

I, Mandy Foster, not a party to the within action, hereby declare that on June 21, 2019, I served the attached Order of Special Master on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at Minneapolis, MINNESOTA, addressed as follows:

Peter J. Agostino Esq.
Anderson Agostino & Keller P.C.
131 S. Taylor St.
South Bend, IN 46601
Phone: 574-288-1510
agostino@aaklaw.com
   Parties Represented:

George A. Barton Esq.
Ms. Stacy Burrows
L/O George A. Barton, PC
7227 Metcalf Ave.
Suite 301
Overland Park, KS 66204
Phone: 913-563-6250
gab@georgebartonlaw.com
stacy@georgebartonlaw.com
   Parties Represented:
   FedEx Ground Package System, Inc.

Susan E. Ellingstad Esq.
Lockridge Grindal Nauen PLLP
100 Washington Ave. South
Suite 2200
Minneapolis, MN 55401-2159
Phone: 612-339-6900
seellingstad@locklaw.com
   Parties Represented:
   Cooke
   Craig
   Humphreys
   White
   Whiteside

Randall J. Forbes Esq.
Frieden & Forbes
555 South Kansas Ave.
Suite 303
Topeka, KS 66601
Phone: 785-232-7266
wainner@friedenforbes.com
   Parties Represented:
   FedEx Ground Package System, Inc.

Robert I. Harwood Esq.
Harwood Feffer
488 Madison Ave.
8th Floor
New York, NY 10022
Phone: 212-935-7400

Shannon Liss-Riordan Esq.
Olena Savytska Esq.
Lichten & Liss-Riordan, P.C.
729 Boylston St.
Suite 2000
Boston, MA 02116

rharwood@hfesq.com
   Parties Represented:
   Booke
   Craig
   Humphreys
   White
   Whiteside

Laura E. Robinson Esq.
O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA  90067-6035
Phone: 310-553-6700
lrobinson@omm.com
   Parties Represented:
   Cooke
   Craig
   Humphreys
   White
   Whiteside

Phone: 617-994-5800
sliss@llrlaw.com
OSavytska@llrlaw.com
   Parties Represented:
   Cooke
   Craig
   Humphreys
   White
   Whiteside

Beth Ross Esq.
Leonard Carder, LLP
1330 Broadway
Suite 1450
Oakland, CA  94612
Phone: 510-272-0169
bross@leonardcarder.com
   Parties Represented:
   Cooke
   Craig
   Humphreys
   White
   Whiteside

I declare under penalty of perjury the foregoing to be true and correct. Executed at Minneapolis, MINNESOTA on June 21, 2019.

_Mandy Y. Foster_
Mandy Foster
AFoster@jamsadr.com